IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| BETTY OAKES and J. T. OAKES, ) ) ) | |
| Plaintiffs, ) ) | CIVIL ACTION NO. |
| v. ) ) | 3:15cv242-MHT (WO) |
| UNITED HOME LIFE INSURANCE ) COMPANY, et al., ) ) | |
| Defendants. ) | |

JUDGMENT

Pursuant to the joint motion to dismiss, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The joint motion to dismiss (doc. no. 53) is granted.

(2) Defendant United Home Life Insurance Company is dismissed with prejudice and terminated as a party to this action, with costs taxed as paid.

Defendant United Home Life Insurance Company's motion to dismiss second amended complaint (doc. no. 51) is denied as moot.

All claims against all other defendants remain.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 9th day of October, 2015.

                          /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**