IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| BETTY OAKES and J. T. OAKES, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 3:15cv242-MHT (WO) |
| BANKERS LIFE AND CASUALTY COMPANY and DANIEL BURNETTE a/k/a Daniel M. Burnette, | ) ) ) ) ) | |
| Defendants. | ) | |

### JUDGMENT

Pursuant to the joint stipulation of dismissal (doc. no. 56), it is the ORDER, JUDGMENT, and DECREE of the court that plaintiff Betty Oakes's claims against defendants are dismissed with prejudice and that plaintiff Betty Oakes is terminated as a party, with costs taxed as paid.

All claims brought by plaintiff J.T. Oakes against all defendants remain.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is not closed.**

**DONE, this the 22nd day of October, 2015.**

                                       /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**